IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CASEY J. BASTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV309 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| THE UNITED STATES OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For good cause shown,

IT IS ORDERED that:

1.    Plaintiff's Motion for Time to Amend (Filing No. 16) is GRANTED;

2.    Plaintiff shall file an amended complaint on or before May 31, 2018; and

3.    The Clerk of Court shall set the following pro se case management deadline: May 31, 2018—amended complaint due.

DATED this 27th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge