## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

CASEY J. BASTIAN,                          )
                                           )
                        Plaintiff,         )              8:17CV309
                                           )
        v.                                 )
                                           )              **ORDER**
THE UNITED STATES OF                       )
AMERICA,                                   )
                                           )
                        Defendant.         )
                                           )

For good cause shown,

IT IS ORDERED that:

1.      Plaintiff's Second Motion for Time to Amend (Filing No. 18) is GRANTED;

2.      Plaintiff shall file an amended complaint on or before June 21, 2018;

3.      The Clerk of Court shall set the following pro se case management deadline: June 21, 2018—amended complaint due; and

4.      No further extensions of time shall be granted. If Plaintiff fails to file an amended complaint within the deadline set forth by this order, this case shall be dismissed without further notice.

DATED this 5th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge