IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CASEY J. BASTIAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:17CV309 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| UNITED STATES OF AMERICA, et al., | ) | **AND ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Counsel for the Defendants has filed a Motion for Extension of Time (Filing No. 39) in which to answer or otherwise plead in response to Plaintiff's First Amended Complaint (Filing No. 21). Counsel's Motion helpfully and efficiently notes in chart format the service date and responsive pleading date for each Defendant (Filing No. 39 at CM/ECF p. 2), including the fact that Defendants Michael R. Kitsmiller, Kristi Johnson, and Thomas Reinwart in their official and individual capacities have not yet been served. Because a uniform response date for all Defendants will prevent piecemeal litigation, and to allow for service of process upon Defendants Kitsmiller, Johnson, and Reinwart to occur, the Motion for Extension of Time will be granted.[1] Accordingly,

IT IS ORDERED:

1. All Defendants are granted until November 23, 2018, in which to answer or otherwise plead in response to Plaintiff's First Amended Complaint.

---

[1] The Court is scheduled to meet with representatives of the United States Marshal's Office on Monday, September 24, 2018, to explore the source of difficulty in serving Defendants Kitsmiller, Johnson, and Reinwart.

2. The Clerk of Court shall transmit a copy of this order to the U.S. Marshal's Office in Lincoln, Nebraska.

3. The Clerk of Court shall create a pro se deadline of November 23, 2018, by which all served Defendants must answer or otherwise plead in response to Plaintiff's First Amended Complaint.

DATED this 20th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge