IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CASEY J. BASTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV309 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's unopposed Motion for Extension of Time (Filing No. 53) in which to respond to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Filing No. 47) is GRANTED;

2. Plaintiff's brief in response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Filing No. 47) shall be filed on or before February 1, 2019; and

3. Defendants may file a reply brief within seven (7) days after Plaintiff files and serves an opposing brief.

DATED this 4th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge